UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JEREMY MORAN AND ANGELA HICKOK** | * * * * | **CIVIL ACTION NO. 2:21-CV-00851** |
| **VERSUS** | * * * | **JUDGE JAMES D. CAIN, JR.** |
| **PROGRESSIVE INSURANCE COMPANY** | * * | **MAGIS. JUDGE KATHLEEN KAY** |

*******************************************************************************

## NOTICE OF SETTLEMENT

**NOW COMES**, plaintiffs, Jeremy Moran and Angela Hickok, and defendant, Progressive Property Insurance Company, named in plaintiffs' complaint as Progressive Insurance Company, who notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.

Respectfully submitted:

**HOFFOSS DEVALL, LLC**

*s/ J. Lee Hoffoss, Jr.*
J. LEE HOFFOSS, JR. (29254)
Email: lee@hdinjurylaw.com
JOSEPH P. NORMAN (36608)
Email: joe@hdinjurylaw.com
D. COOPER FOURNET (34549)
Email: cooper@hdinjurylaw.com
517 West College Street
Lake Charles, Louisiana 70605
Telephone: (337) 433-2053
Facsimile: (337) 433-2055
COUNSEL FOR PLAINTIFFS, JEREMY MORAN AND ANGELA HICKOK

LAW OFFICES OF JASON P. FOOTE, LLC

By: ___/s/ Jason P. Foote___
    JASON P. FOOTE (#25050)
    DEVIN CABONI-QUINN (#35447)
    PAUL W. PRITCHETT (#36926)
    2821 Richland Ave., Suite 202
    Metairie, Louisiana 70002
    Telephone: 504-324-8585
    Facsimile: 504-324-8496
    *Attorneys for Progressive Property Insurance Company*

COUNSEL FOR DEFENDANT, PROGRESSIVE PROPERTY INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing Notice of Settlement has been forwarded to all known counsel of record through dissemination by the CM/ECF System of the United States District Court for the Western District of Louisiana, on this 2nd day of March, 2022.

                                *s/ J. Lee Hoffoss, Jr.*
                                J. LEE HOFFOSS, JR.